# Court of Appeals
# of the State of Georgia

ATLANTA, _October 16, 2025_

*The Court of Appeals hereby passes the following order:*

## A26A0186. JUAN KIRK SPURLIN, JR. v. THE STATE.

On July 9, 2025, Juan Kirk Spurlin, Jr. entered a negotiated guilty plea to charges of possession of cocaine and driving under the influence; the trial court imposed a sentence of three years, with 10 days to be served in custody. On July 30, 2025, Spurlin filed a notice of appeal of the final judgment and sentence. The State has now filed a motion to dismiss, arguing that this Court lacks jurisdiction to consider this appeal because Spurlin did not follow the discretionary application procedures. We agree that this Court lacks jurisdiction.

Effective May 14, 2025, OCGA § 5-6-35 (a) (5.3) requires defendants to file applications for discretionary review to appeal all "[d]irect appeals from guilty pleas." See Ga. L. 2025, p. 621, § 1-2. Thus, to appeal the judgment resulting from the entry of his July 9, 2025 guilty plea, Spurlin was required to file an application for discretionary appeal. See OCGA § 5-6-35 (a) (5.3). Compliance with the discretionary appeals procedure is jurisdictional. *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Thus, Spurlin's failure to follow the proper procedure deprives us of jurisdiction over this appeal. Accordingly, we hereby GRANT the State's motion to dismiss and DISMISS this appeal.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __10/16/2025_____

　　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

　　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*